*Daniel H. Kryzanski,* in support of the petition.

*Marianne J. Charles,* in opposition.

Decided October 19, 2004

## STATE OF CONNECTICUT *v.* JEROME MOORE

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 7 (AC 24427), is denied.

*Donald D. Dakers,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided October 19, 2004

## SAMMY SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner Sammy Smith's petition for certification for appeal from the Appellate Court (AC 24184) is dismissed.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided October 19, 2004

## STATE STREET BANK AND TRUST COMPANY *v.* JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 25606) is denied.